UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSEPH DEPANTE AND MATTHEW DEPANTE,

    Defendants.

_____/

No. CR 11-00821LHK

**ORDER RE PRO HAC VICE STATUS AND FAILURE TO REGISTER FOR E-FILING**

Neither defense counsel has applied for, or been granted, pro hac vice status in the Northern District of California. Counsel are ordered to do so by January 10, 2012, the day before the January 11, 2012 change of plea hearing. Counsel for defendant Matthew Depante has not registered for e-filing and must do so by January 10, 2012.

**IT IS SO ORDERED**.

Dated: January 9, 2012

_____
LUCY H. KOH
United States District Judge