UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH DEPANTE AND MATTHEW DEPANTE,

    Defendants.
_____/

No. CR 11-00821-LHK

**ORDER DENYING JOINT MOTION FOR CONTINUANCE**

The Court denies Defendants' Amended Unopposed Joint Motion for Continuance. Defense counsels' request for more time for plea negotiations is not a sufficient basis for the Court to find excludable time. If defense counsel need additional time for investigation or research, they should so state in a Second Amended Motion. It is also unclear whether counsel for Defendant Joseph Depante is requesting a finding of excludable time based on continuity of counsel because she provides no dates for her travel to Orlando or Colombia.

Defendants propose a continuance to a Thursday or Friday. This Court holds its weekly criminal calendar on Wednesdays at 10 a.m. In a Second Amended Motion, defense counsel shall state whether they are available on Wednesday, February 8, 2012 at 10 a.m. for the Status Conference/Change of Plea Hearing in this case.

In a Second Amended Motion defense counsel shall also provide a proposed order.

The parties shall file their Second Amended Motion by 9:00 a.m. on Wednesday, January 11, 2012.

**IT IS SO ORDERED**.

Dated: January 10, 2012

_____
LUCY H. KOH
United States District Judge