# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH DEPANTE AND<br>MATTHEW DEPANTE,<br><br>　　　　Defendants. | Case No.: 11-CR-00821-LHK<br><br>ORDER GRANTING DEFENDANTS'<br>SECOND AMENDED UNOPPOSED<br>JOINT MOTION FOR CONTINUANCE |

The Court GRANTS Defendants' Second Amended Unopposed Joint Motion for Continuance, ECF No. 21, and continues the January 11, 2012 status conference/change of plea hearing to February 22, 2012, at 10 a.m. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served in granting the continuance outweigh the best interests of the public and Defendants Joseph Depante and Matthew Depante in a speedy trial. The reason for the finding is that the failure to grant the continuance would deny both Defendants continuity of counsel and deny counsel for both Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, the Court finds that the time through and including January 11, 2012, and February 22, 2012, is deemed excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

Dated: January 11, 2012

　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 11-CR-00821-LHK
ORDER GRANTING DEFENDANTS' SECOND AMENDED UNOPPOSED JOINT MOTION FOR CONTINUANCE